United States District Court
Southern District of Texas
FILED
SEP 22 2015
David J. Bradley, Clerk of Court

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**FILED**
August 10, 2015
Lyle W. Cayce
Clerk

No. 14-20506

D.C. Docket No. 4:07-CV-640

KELSEY-SEYBOLD MEDICAL GROUP PA, doing business as Kelsey-Seybold Clinic,

    Plaintiff - Appellant

v.

GREAT-WEST HEALTHCARE OF TEXAS, INCORPORATED,

    Defendant - Appellee

Appeals from the United States District Court for the
Southern District of Texas, Houston

Before KING, SMITH, and ELROD, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is reversed, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

Certified as a true copy and issued
as the mandate on Sep 22, 2015

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

1 of 5

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE　　　　　　　　　　　　　　　　　　　　　TEL. 504-310-7700
CLERK　　　　　　　　　　　　　　　　　　　　　　　　　　600 S. MAESTRI PLACE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　NEW ORLEANS, LA 70130

September 22, 2015

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

　　　No. 14-20506　Kelsey-Seybold Med Group P.A. v. Great-West
　　　　　　　　　　Hlthcare of TX, Inc
　　　　　　　　　　USDC No. 4:07-CV-640

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　LYLE W. CAYCE, Clerk

　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　James deMontluzin, Deputy Clerk
　　　　　　　　　　　　　　　　　504-310-7679

cc:
　　　Mr. William David George
　　　Mr. Sean Gorman
　　　Ms. Yvonne Y. Ho
　　　Ms. Heather G. Magier
　　　Ms. Jane Langdell Robinson
　　　Mr. Howard Shapiro
　　　Mr. Earnest William Wotring